**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6086**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLORIA A. MCCUTCHEON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (CR-97-866)

———————

Submitted:  May 16, 2002                Decided:  May 23, 2002

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Gloria A. McCutcheon, Appellant Pro Se.  William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gloria A. McCutcheon appeals the district court's order denying her request for an extension of time to file a motion under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McCutcheon, No. CR-97-866 (D.S.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED